

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Wallace Murray Hadley, Appellant

No. 06-20-00117-CR     v.

The State of Texas, Appellee

Appeal from the 115th District Court of Marion County, Texas (Tr. Ct. No. F15178). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellant, Wallace Murray Hadley, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED JULY 20, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk